IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

GABRIEL URQUIZA-URQUIZA,

    Defendant.

Case No. 24-CR-131-JDR-1

**Bill of Particulars for Forfeiture of Property**

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States hereby provides notice that the following assets are subject to forfeiture on the basis of the forfeiture allegations set forth in the Superseding Indictment filed in the above-styled criminal case. The Superseding Indictment provides notice that, upon conviction of the charges, as part of his sentence, the defendant shall forfeit any property constituting, or derived from, or traceable to, the proceeds obtained, directly or indirectly, as a result of such violations, any firearm and ammunition involved in or used in the knowing commission of such offenses, and any property, real or personal, that was used or intended to be used to commit or to facilitate the violations of federal law. Pursuant to this Bill of Particulars, the United States provides notice that upon conviction, in addition to the property listed in the Superseding Indictment, certain additional specific property is subject to forfeiture, including, but not limited to:

**FIREARMS, AMMUNITION AND ACCESSORIES**

1. A Inter Ordnance (IO) Inc, Model 10-15, multi-caliber semi-automatic pistol, serial number 24-11606;

2. A Anderson Manufacturing, Model AM-15, multi-caliber semi-automatic rifle, serial number 21121908;

3. A Beretta, Model 92F, 9mm semi-automatic pistol, serial number BER137788Z;

4. A Browning, Model SA-22, .22 caliber semi-automatic rifle, serial number 10940RN146;

5. A Fabrique Nationale (FN), Model 509, 9mm semi-automatic pistol, serial number GKS0166223;

6. A Norinco, Model 22 A.T.D., .22 caliber semi-automatic rifle, serial number 422721;

7. A Radical Firearms, Model RF-15, multi-caliber semi-automatic rifle, serial number 21-081376;

8. A Remington Arms, Model 550-1, .22 caliber semi-automatic rifle, no serial number;

9. A Remington Arms, Model 550-1, .22 caliber semi-automatic rifle, no serial number;

10. A Ruger, Model 10/22, .22 caliber semi-automatic rifle, serial number 0002-34894;

11. A Ruger, Model 10/22, .22 caliber semi-automatic rifle, serial number 0003-65582;

12. A Ruger, Model 10/22, .22 caliber semi-automatic rifle, serial number 0020-73510;

13. A Ruger, Model 10/22, .22 caliber semi-automatic rifle, serial number 354-44453;

14. A Ruger, Model 10/22 Carbine, .22 caliber semi-automatic rifle, serial number 104682;

15. A Ruger, Model 10/22 Carbine, .22 caliber semi-automatic rifle, serial number 199352;

16. A Ruger, Model 10/22 Carbine, .22 caliber semi-automatic rifle, serial number 250-52250;

17. A Ruger, Model M77, 243 caliber bolt-action rifle, serial number 784-79037;

18. Approximately 824 rounds of assorted ammunition;

19. Approximately 85 rounds of .223 caliber ammunition; and

20. Approximately 46 rounds of 9mm caliber ammunition.

The above assets have been seized and are in the custody of DEA.

All pursuant to Title 18, United States Code, Sections 924(d)(1), 934(a)(1)(A) and (B) and 982(a)(1), Title 21, United States Code, Section 853(a), Title 28, United States Code, Section 2461(c) and Title 50, United States Code, Section 4819(d).

Respectfully submitted,

CLINTON J. JOHNSON
UNITED STATES ATTORNEY

*/s/ Reagan V. Reininger*
REAGAN V. REININGER, OBA # 22326
Assistant United States Attorney
110 West Seventh Street, Suite 300
Tulsa, OK 74119
Telephone: (918) 382-2700
Email: reagan.reininger@usdoj.gov

Certificate of Service

I hereby certify that on June 11, 2024, the foregoing document was electronically transmitted to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to counsel of record.

/s/ *Pam Kuch*
PAM KUCH, Paralegal Specialist